

3-cv-00017-BMM-JTJ   Document 9   Filed 06/22/23

Return to Sender

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Zachariah T Bartsch
Butte-Silver Bow Detention Center
155 W Quartz
Butte, MT 59701

Clerk, U.S. Courts
District of Montana
Missoula Division

JUN 22 2023

$0.60
US POSTAGE
FIRST-CLASS
062S0001360465
FROM 59802